GOODWIN | PROCTER

Stephen D. Poss
617.570.1886
sposs@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

October 9, 2012

**BY E-FILING**

The Honorable Richard G. Stearns
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   Plumbers' Union Local No. 12 Pension Fund v. Nomura Asset Acceptance Corp., et al., No. 08-10446-RGS (D. Mass.)—Notice of Intention to File Motion for Certification Pursuant to 28 U.S.C. §1292(b) for Interlocutory Appeal

Dear Judge Stearns:

We write on behalf of Defendants in the above-captioned matter. In its Memorandum and Order on Plaintiffs' Motion to Proceed with Litigation and Defendants' Renewed Motion to Dismiss entered October 1, 2012 (Docket No. 139) ("October 1 Order"), the Court directed Defendants to "notify the court within ten (10) days if they intend to make an application for leave to file an interlocutory appeal." (October 1 Order at 25.)

Defendants hereby notify the Court that they intend to move for certification pursuant to 28 U.S.C. §1292(b) for an interlocutory appeal of the October 1 Order. Defendants intend to file their motion by October 18, 2012.

Respectfully submitted,

/s/ Stephen D. Poss
Stephen D. Poss

cc:   All Counsel of Record

GOODWIN | PROCTER

The Honorable Richard G. Stearns
October 9, 2012
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 9, 2012.

/s/ Stephen D. Poss