UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PLUMBERS' UNION LOCAL NO. 12 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | No. 08-cv-10446 <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | ) ) ) | JOINT [PROPOSED] SCHEDULING ORDER |
| vs. | ) | |
| NOMURA ASSET ACCEPTANCE CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

774411_1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of Plumbers' Union Local No. 12 Pension Fund, Plumbers' & Pipefitters' Welfare Educational Fund and NECA-IBEW Health & Welfare Fund (collectively, "Lead Plaintiffs") and Nomura Asset Acceptance Corporation, Nomura Securities International, Inc., Alternative Loan Trust 2006-AF1, Alternative Loan Trust 2006-AP1, John P. Graham, Nathan Gorin, John McCarthy and David Findlay (collectively, "Defendants"), subject to the approval of the Court, that:

The schedule with regard to discovery, class certification and dispositive motions should proceed as follows:

| | |
|---|---|
| Initial Disclosures | November 15, 2012 |
| Deadline to File and Serve Class Certification Motion | March 15, 2013 |
| Deadline to File and Serve Opposition to Class Certification Motion | June 14, 2013 |
| Deadline to File and Serve Reply Class Certification Brief | September 13, 2013 |
| Fact Discovery Cut-Off | January 15, 2014 |
| All Parties' Initial Expert Reports | March 14, 2014 |
| All Parties' Rebuttal Expert Reports | May 15, 2014 |
| Expert Discovery Deadline | July 1, 2014 |
| Deadline to File and Serve Dispositive Motions | September 15, 2014 |

774411_1

| | |
|---|---|
| Deadline to File and Serve Oppositions to Dispositive Motions | November 14, 2014 |
| Deadline to File and Serve Replies to Dispositive Motions | December 15, 2014 |
| Joint Pre-Trial Orders | TBD |

IT IS SO STIPULATED.

DATED: October 11, 2012

ROBBINS GELLER RUDMAN
& DOWD LLP
ARTHUR C. LEAHY (admitted *pro hac vice*)
THOMAS E. EGLER (admitted *pro hac vice*)
JONAH H. GOLDSTEIN
SCOTT H. SAHAM (admitted *pro hac vice*)
SUSAN G. TAYLOR (admitted *pro hac vice*)
RYAN A. LLORENS (admitted *pro hac vice*)
NATHAN R. LINDELL (admitted *pro hac vice*)
IVY T. NGO (admitted *pro hac vice*)
L. DANA MARTINDALE (admitted *pro hac vice*)

s/ Susan G. Taylor
SUSAN G. TAYLOR

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
tome@rgrdlaw.com
jonahg@rgrdlaw.com
scotts@rgrdlaw.com
susant@rgrdlaw.com
ryanl@rgrdlaw.com
nlindell@rgrdlaw.com
ingo@rgrdlaw.com
dmartindale@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
DAVID A. ROSENFELD (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Plaintiffs

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO # 454680)
ADAM M. STEWART (BBO # 661090)
53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

Liaison Counsel

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
Telephone:  860/290-9610
860/290-9611 (fax)
camg@cheverielaw.com

CAVANAGH & O'HARA
PATRICK O'HARA
State Bar No. 03123235
407 East Adams Street
Springfield, IL  62701
Telephone:  217/544-1771
217/544-9894 (fax)
patrick@cavanagh-ohara.com

Additional Counsel for Plaintiffs

- 3 -

DATED:  October 11, 2012             GOODWIN PROCTER LLP
                                     STEPHEN D. POSS (BBO # 551760)
                                     DANIEL P. ROESER (BBO # 675223)


                                     _____s/Stephen D. Poss (w/permission)_____
                                              STEPHEN D. POSS

                                     Exchange Place
                                     53 State Street
                                     Boston, MA 02109
                                     Telephone:  617/570-1000
                                     617/523-1231 (fax)
                                     sposs@goodwinprocter.com
                                     droeser@goodwinprocter.com

                                     Attorneys for Nomura Asset Acceptance
                                     Corporation, Alternative Loan Trust 2006-AF1,
                                     Alternative Loan Trust 2006-AP1, John P.
                                     Graham, Nathan Gorin, John McCarthy and David
                                     Findlay

                                     WACHTELL, LIPTON, ROSEN & KATZ
                                     STEPHEN R. DiPRIMA
                                     51 W. 52nd Street
                                     New York, NY 10019
                                     Telephone:  212/403-1382
                                     212/403-2382 (fax)
                                     srdiprima@wlrk.com

                                     Of Counsel

DATED:  October 11, 2012             WILMER CUTLER PICKERING HALE AND
                                     DORR LLP
                                     WILLIAM H. PAINE (BBO # 550506)


                                     _____s/ William H. Paine (w/permission)_____
                                              WILLIAM H. PAINE

- 4 -

774411_1

        60 State Street
        Boston, Massachusetts 02109
        Telephone: 617/526-6134
        617/526-5000 (fax)
        william.paine@wilmerhale.com

Attorneys for Nomura Securities International, Inc.

\*   \*   \*

## O R D E R

IT IS SO ORDERED.

DATED: _____       _____
                                                                     THE HONORABLE RICHARD G. STEARNS
                                                                     UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 11, 2012.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 11, 2012.

s/ Susan G. Taylor
SUSAN G. TAYLOR

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  susant@rgrdlaw.com

774411_1