# United States Court of Appeals
### For the First Circuit

No. 12-8040

PLUMBERS' UNION LOCAL NO. 12 PENSION FUND,
Individually and on behalf of all others similarly situated, ET AL.,

Plaintiffs, Respondents,

v.

NOMURA ASSET ACCEPTANCE CORPORATION, ET AL.,

Defendants, Petitioners,

ALTERNATIVE LOAN TRUST 2006-AF2, ET AL.,

Defendants.

---

Before

Howard, Stahl and Thompson,
<u>Circuit Judges</u>.

---

ORDER OF COURT

Entered: January 25, 2013

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is <u>denied</u>.

By the Court:
<u>/s/ Margaret Carter, Clerk</u>.

cc: Thomas G. Shapiro, William Henry Paine, Adam M. Stewart, Samuel Howard Rudman, Robert Eric Ditzion, Sarah Heaton Concannon, William M. Jay, Stephen D. Poss, Timothy Jeffrey Perla, David Avi Rosenfeld, Joseph David Daley, James T. Lux, Daniel Prugh Roeser