UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLUMBERS' UNION LOCAL NO. 12 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>NOMURA ASSET ACCEPTANCE CORPORATION, et al.,<br><br>                      Defendants. | No. 08-cv-10446<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

Lead Plaintiffs Plumbers' Union Local No. 12 Pension Fund, Plumbers & Pipefitters' Welfare Educational Fund, and NECA-IBEW Health & Welfare Fund ("Lead Plaintiffs") hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order: (1) granting preliminary approval of the proposed Settlement which provides for the payment of $21,200,000 in cash to resolve this securities class action against Defendants; (2) certifying the Class pursuant to Rule 23(b)(3) for purposes of effectuating the proposed Settlement; (3) directing that Class Members be given notice of the pendency of this Litigation and the proposed Settlement in substantially the same form and manner set forth in the Stipulation and Agreement of Settlement and the exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (5) setting a schedule of events to govern the remaining procedural aspects of the proposed Settlement.

In support of their motion, Lead Plaintiffs rely on the Stipulation and Agreement of Settlement, the exhibits annexed thereto, and the Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, submitted herewith, which are incorporated herein in their entirety.

DATED:  August 1, 2013 Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY (admitted *pro hac vice*)
THOMAS E. EGLER (admitted *pro hac vice*)
JONAH H. GOLDSTEIN
SCOTT H. SAHAM (admitted *pro hac vice*)
SUSAN G. TAYLOR (admitted *pro hac vice*)
RYAN A. LLORENS (admitted *pro hac vice*)
NATHAN R. LINDELL (admitted *pro hac vice*)
CODY R. LeJEUNE (admitted *pro hac vice*)
IVY T. NGO (admitted *pro hac vice*)
L. DANA MARTINDALE (admitted *pro hac vice*)
DAVID J. HARRIS, JR. (admitted *pro hac vice*)


                                  s/ CODY R. LeJEUNE
                                  CODY R. LeJEUNE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
tome@rgrdlaw.com
jonahg@rgrdlaw.com
scotts@rgrdlaw.com
susant@rgrdlaw.com
ryanl@rgrdlaw.com
nlindell@rgrdlaw.com
clejeune@rgrdlaw.com
ingo@rgrdlaw.com
dmartindale@rgrdlaw.com
dharris@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
DAVID A. ROSENFELD (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Plaintiff

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO # 454680)
ADAM M. STEWART (BBO # 661090)
53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

Liaison Counsel

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
Telephone:  860/290-9610
860/290-9611 (fax)
camg@cheverielaw.com

CAVANAGH & O'HARA
PATRICK O'HARA
State Bar No. 03123235
407 East Adams Street
Springfield, IL  62701
Telephone:  217/544-1771
217/544-9894 (fax)
patrick@cavanagh-ohara.com

Additional Counsel for Plaintiff

862276_1

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Lead Plaintiffs conferred in good faith with counsel for Defendants, and Defendants do not oppose the relief requested herein.

s/ CODY R. LeJEUNE
CODY R. LeJEUNE

862276_1

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 1, 2013.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 1, 2013.

s/ CODY R. LeJEUNE
CODY R. LeJEUNE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  clejeune@rgrdlaw.com

862276_1