UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLUMBERS' UNION LOCAL NO. 12 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>NOMURA ASSET ACCEPTANCE CORPORATION, et al.,<br><br>                      Defendants. | No. 08-cv-10446<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |

889909_1

Lead Plaintiffs Plumbers' Union Local No. 12 Pension Fund, Plumbers & Pipefitters' Welfare Educational Fund, and NECA-IBEW Health & Welfare Fund ("Lead Plaintiffs") hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order granting final approval of: (i) the proposed Settlement of this securities class action (the "Litigation") on behalf of a class (the "Class") consisting of all persons who purchased or otherwise acquired the Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2006-AP1 Mortgage Pass-Through Certificates and/or the Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2006-AF1 Mortgage Pass-Through Certificates during the Relevant Time Period; and (ii) the Plan of Allocation of settlement proceeds which will govern how the Net Settlement Fund will be allocated among Class Members.

In support of their Motion, Lead Plaintiffs rely on: the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; the Declaration of Thomas E. Egler in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff; as well as the Stipulation and Agreement of Settlement and the exhibits annexed thereto, which all are incorporated herein in their entirety.

DATED:  November 11, 2013    Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY (admitted *pro hac vice*)
THOMAS E. EGLER (admitted *pro hac vice*)
JONAH H. GOLDSTEIN
SCOTT H. SAHAM (admitted *pro hac vice*)
SUSAN G. TAYLOR (admitted *pro hac vice*)
RYAN A. LLORENS (admitted *pro hac vice*)
NATHAN R. LINDELL (admitted *pro hac vice*)
CODY R. LeJEUNE (admitted *pro hac vice*)
IVY T. NGO (admitted *pro hac vice*)
L. DANA MARTINDALE (admitted *pro hac vice*)
DAVID J. HARRIS, JR. (admitted *pro hac vice*)


                    s/ CODY R. LeJEUNE
                    CODY R. LeJEUNE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
tome@rgrdlaw.com
jonahg@rgrdlaw.com
scotts@rgrdlaw.com
susant@rgrdlaw.com
ryanl@rgrdlaw.com
nlindell@rgrdlaw.com
clejeune@rgrdlaw.com
ingo@rgrdlaw.com
dmartindale@rgrdlaw.com
dharris@rgrdlaw.com

- 2 -

889909_1

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
DAVID A. ROSENFELD (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Plaintiff

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO # 454680)
ADAM M. STEWART (BBO # 661090)
53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

Liaison Counsel

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
Telephone:  860/290-9610
860/290-9611 (fax)
camg@cheverielaw.com

CAVANAGH & O'HARA
PATRICK O'HARA
State Bar No. 03123235
407 East Adams Street
Springfield, IL  62701
Telephone:  217/544-1771
217/544-9894 (fax)
patrick@cavanagh-ohara.com

Additional Counsel for Plaintiff

- 3 -

889909_1

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I certify that I have conferred with counsel for Defendants on the issues raised by this motion prior to filing, and Defendants do not oppose the relief sought in the motion for approval of the Settlement, and take no position on the portion of the motion seeking approval of the proposed Plan of Allocation.

                                                    s/ Cody R. LeJeune
                                                    CODY R. LEJEUNE

889909_1

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 11, 2013.

                                            s/ Cody R. LeJeune
                                            CODY R. LEJEUNE