UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PLUMBERS' UNION LOCAL NO. 12 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

NOMURA ASSET ACCEPTANCE CORPORATION, et al.,

Defendants.

No. 08-cv-10446

CLASS ACTION

LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO LEAD PLAINTIFF

Lead Counsel, Robbins Geller Rudman & Dowd LLP, on behalf of themselves and Lead Plaintiffs, hereby move the Court pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure for an Order: (1) awarding attorneys' fees in the amount of twenty-five percent (25%) of the Settlement Fund; (2) awarding Lead Counsel $741,807.64 in expenses in connection with the prosecution and resolution of the Litigation; (3) awarding Lead Plaintiff Plumbers & Pipefitters' Welfare Educational Fund $505.25 from the Settlement Fund pursuant to 15 U.S.C. §77z-1(a)(4) for its time and expenses; and (4) awarding interest on these amounts at the same rate and for the same periods as earned by the Settlement Fund until paid.

In support of this Motion, Lead Counsel rely on the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff, the Declaration of Thomas E. Egler in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff, the Declaration of Cody R. LeJeune in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff, and the declarations of plaintiffs' counsel and Lead Plaintiffs which are incorporated herein in their entirety.

DATED: November 11, 2013

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
ARTHUR C. LEAHY (admitted *pro hac vice*)
THOMAS E. EGLER (admitted *pro hac vice*)
JONAH H. GOLDSTEIN
SCOTT H. SAHAM (admitted *pro hac vice*)
SUSAN G. TAYLOR (admitted *pro hac vice*)
RYAN A. LLORENS (admitted *pro hac vice*)
NATHAN R. LINDELL (admitted *pro hac vice*)
CODY R. LeJEUNE (admitted *pro hac vice*)
IVY T. NGO (admitted *pro hac vice*)
L. DANA MARTINDALE (admitted *pro hac vice*)
DAVID J. HARRIS, JR. (admitted *pro hac vice*)

s/ CODY R. LeJEUNE
CODY R. LeJEUNE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
tome@rgrdlaw.com
jonahg@rgrdlaw.com
scotts@rgrdlaw.com
susant@rgrdlaw.com
ryanl@rgrdlaw.com
nlindell@rgrdlaw.com
clejeune@rgrdlaw.com
ingo@rgrdlaw.com
dmartindale@rgrdlaw.com
dharris@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
DAVID A. ROSENFELD (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Plaintiff

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO # 454680)
ADAM M. STEWART (BBO # 661090)
53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

Liaison Counsel

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT 06108
Telephone: 860/290-9610
860/290-9611 (fax)
camg@cheverielaw.com

CAVANAGH & O'HARA
PATRICK O'HARA
State Bar No. 03123235
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)
patrick@cavanagh-ohara.com

Additional Counsel for Plaintiff

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I certify that I have conferred with counsel for Defendants and Defendants take no position on this motion.

s/ Cody R. LeJeune
CODY R. LEJEUNE

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 11, 2013.

s/ Cody R. LeJeune
CODY R. LEJEUNE