UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLUMBERS' UNION LOCAL NO. 12 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>NOMURA ASSET ACCEPTANCE CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | No. 08-cv-10446<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO LEAD PLAINTIFF |

899984_1

This matter having come before the Court on December 19, 2013, on the motion of Lead Counsel for an award of attorneys' fees and expenses and an award to Lead Plaintiff for expenses incurred in the action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement filed with the Court on August 1, 2013 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement Fund, plus litigation expenses in the amount of $741,807.64, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid, pursuant to 15 U.S.C. §77z-1(a)(6). The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The Court finds that, pursuant to 15 U.S.C. §77z-1(a)(4), an award to Lead Plaintiff for expenses incurred in the representation of the Class is appropriate. Lead Plaintiff Pipefitters' Welfare Educational Fund is hereby awarded the amount of $505.25.

5. The fees and expenses shall be allocated among plaintiffs' counsel in a manner which, in Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the action.

6. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶¶7.1-7.4 thereof which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: __12-19-13.__     _____
THE HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE